| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| TONYA M. HALL, et al., | § § | |
| Plaintiffs, | § § | |
| v. | § § | NO. 1:18-CV-145 |
| EUPHEMIA T. DAVIS, et al., | § § § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The *pro se* Plaintiffs—Tonya M. Hall, John A. Hall, Sr., and T. L., a minor child—filed this lawsuit and a "Motion to Proceed In Forma Pauperis" on April 3, 2018. Doc. Nos. 1, 2. The court referred the case to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial matters. The court has received and considered the report (Doc. No. 6) of the magistrate judge, who recommends that the court dismiss the case without prejudice because Plaintiffs Tonya M. Hall and John A. Hall, Sr. failed to comply with the court's order to appear at a hearing on May 29, 2018, at 11:00am. *See id.* at 2; *see also* FED. R. CIV. P. 41(b). No objections to the report and recommendation have been filed.

It is, therefore, **ORDERED** that the report and recommendation of the magistrate judge (Doc. No. 6) is **ADOPTED**, and the case is **DISMISSED** without prejudice. The Clerk of Court is directed to close the case.

SIGNED at Beaumont, Texas, this 29th day of June, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE